FILED

AUG 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

C19-4553

HSG

1   Mohammad Haider Agha Hasan         August 6, 2019
    2322 Haste St Apt 19
2   Berkeley CA 94704
    Email: haiderhasan1111@gmail.com
3   Phone: 510-529-1984

4   **Complaint and Demand For Jury Trial**

5   Plaintiff:                            US District Court, Northern California
    Mohammad Haider Agha Hasan            Ronald V. Dellums Federal Building
6                                         1301 Clay Street
    Defendants:                           Oakland, CA 94612
7   Jon S. Tigar, personal capacity
    Jeffrey S. White, personal capacity

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1      In every stage of these Oppressions
We have Petitioned for Redress in the most humble terms:

2      Our repeated Petitions have been answered only by repeated injury…
We, therefore, the Representatives of the united States of America,

3      in General Congress, Assembled,
appealing to the Supreme Judge of the world for the rectitude of our intentions,

4      do, in the Name, and by Authority of the good People of these Colonies,
solemnly publish and declare,

5      That these united Colonies are, and of Right ought to be Free and Independent States,
that they are Absolved from all Allegiance to the British Crown,

6      and that all political connection between them and the State of Great Britain,
is and ought to be totally dissolved; and that as Free and Independent States,

7      they have full Power to levy War, conclude Peace,
contract Alliances, establish Commerce,

8      and to do all other Acts and Things which Independent States may of right do.
And for the support of this Declaration,

9      with a firm reliance on the protection of Divine Providence,
we mutually pledge to each other our Lives, our Fortunes, and our sacred Honor.

10      --Appellant's Prayer for Relief, US Declaration of Independence

11      Each justice or judge of the United States
shall take the following oath or affirmation before performing the duties of his office:

12      "I, ___ ___, do solemnly swear (or affirm)
that I will administer justice without respect to persons,

13      and do equal right to the poor and to the rich,
and that I will faithfully and impartially discharge and perform

14      all the duties incumbent upon me as ___
under the Constitution and laws of the United States.

15      So help me God."
--United States Code Title 28, Section 453

16

17      We do not perceive how holding an office under a State, and claiming to act for the State,
can relieve the holder from obligation to obey the Constitution of the United States,
or take away the power of Congress to punish his disobedience.

18      **ex parte Virginia, 100 US 339 (1880)**

19      The effect of the Court's "balancing" here is that
any State may now reject an applicant for admission to the Bar

20      if he believes in the Declaration of Independence as strongly as Anastaplo
and if he is willing to sacrifice his career

21      and his means of livelihood
in defense of the freedoms of the First Amendment.

22      --Dissent of Justice Hugo Black, with whom Chief Justice Earl Warren,
Justice William Douglas, and Justice William Brennan concur,
**In re Anastaplo, 366 US 82 (1961)**

A third subordinate right of every Englishman is that of
applying to the courts of justice for redress of injuries.
Since the law is in England the supreme arbiter of every man's life, liberty, and property,
courts of justice must at all times be open to the subject,
and the law be duly administered therein.
The emphatical words of *magna carta,* spoken in the person of the king,
who in judgment of law (says sir Edward Coke) is ever present
and *repeating them in all his courts, are these:*
*"nulli vendemus, nulli negabimus, aut differemus rectum vel justitiam:*
*[To no one will we sell, to no one deny or delay right or justice]*
and therefore every subject," continues the same learned author,
"for injury done to him *in bonis, in terris, vel persona,*
*[In either his goods, his lands or his person]* by any other subject,
be he ecclesiastical or temporal without any exception,
may take his remedy by the course of the law,
and have justice and right for the injury done to him,
freely without sale, fully without any denial, and *speedily without delay.*"
--Blackstone's Commentaries on the Laws of England, Book I, Chapter 1 (1765)

"[Nulli vendemus, &c.]...
Hereby it appeareth that Justice must have three qualities, it must be
*Libera, quia nihil iniquius venalia Justitita;*
[**Free**, for nothing is more unjust then to sell Justice]
*Plena, quia Justitita non debet claudicare;*
[**Fully**, because justice should not be lame]
& *Celeris, quia dilatio est quaedam negatio;*
[**Speedy, because delay is a kind of refusal**]
**and then its both Justice and Right**.
[Nulli negabimus, aut differemus, &c]
These words have been excellently expounded by latter Acts of Parliament,
**that by no means common right or Common Law should be disturbed or delayed,**
no, though it be commanded under the Great Seal, or Privy Seal, order, writ, letters,
message, commandment whatsoever, either from the kind, or any other,
and that Justices shall proceed, as if
no such writs, letters, order, message,or other commandment were come to them.
*Judicium redditum per defaltam affirmatur,*
*non obstante breve Regis de prorogatione judicii.*
[affirmed by means of a default judgment has been rendered,
it is not out of the reason of an extension, despite the king's writ of judgment]
**That the Common Laws of the Realm should by no means be delayed,**
**for the Law is the surest sanctuary, that a man can take,**
**and strongest fortress to protect the weakest of all;**
*lex est tutissima cassis and sub clypeo legis nemo decipitur:*
**[Law is the safest helmet; under the shield of the law no one is deceived]**
--Sir Edmund Coke, Second Part of the Institutes of the Laws of England, pg 56 (1642)

1

"No commandment under the king's seal shall disturb or delay justice.
2      Item, it accorded and established, that it shall not be commanded
by the great seal nor the little seal, to disturb or delay common right;
3        and though such commandments do come,
The justices shall not therefore leave to do right in any point."
4        --2 Edward III, Chapter 8 (1328)

5      We must come to see, with one of our distinguished jurists,
that "justice too long delayed is justice denied."
6      --Martin Luther King Jr., Letter from a Birmingham Jail (1963)

7      Delays have been more injurious than direct injustice.
--William Penn, Reflection #390, Some Fruits of Solitude (1682)

8

That it lies with the judiciary will hardly be contended.
9    That department has no other function than to judge. It cannot refuse or delay justice.
**Chambers v. Baltimore & Ohio R. Co., 207 US 142 (1907)**

10

Bring forward what is true, Write it so that it is clear, Defend it to your last breath!
11      --Ludwig Boltzmann quoting Faust

12      We must grasp things in the highest sense,
And let what may come, come, with confidence.
13      You've shown the highest courage once before.
So now too what is fearful, we must try it:
14      World, and posterity, will stubbornly deny it,
So pen it faithfully in your report.
15      --Goethe, Faust Part II, Lines 5914-5919

16      "In the temple of science are many mansions,
and various indeed are they that dwell therein
17      and the motives that have led them hither.
Many take to science out of a joyful sense of superior intellectual power;
18      science is their own special sport
to which they look for vivid experience
19      and the satisfaction of ambition;
many others are to be found in the temple
20      who have offered the products of their brains on this altar
for purely utilitarian purposes.
21      Were an angel of the Lord to come
and drive all the people belonging to these two categories out of the temple,
22      the assemblage would be seriously depleted,
but there would still be some men, of both present and past times, left inside."
--Albert Einstein

1

## Table of Contents

2

3   **Declaration**                                                              6

4   **Basis for Consideration**                                                  6

5   **Parties**                                                                  6

6   **Statement of Jurisdiction**                                                7

    **Statement of Venue**                                                       7

7   **Assertion of Right to Speedy Disposition on IFP Application**              8

8   **Reservation of Right to Amend**                                            8

9   **Statement of the Facts**                                                   8

10  **Causes of Action**                                                         9

11  **Demand for Jury Trial**                                                    9

12  **Prayer for Relief**                                                        9

13

14

15

16

17

18

19

20

21

22

1   **Declaration**

2   Under the laws of the United States of America, Mr. Hasan declares under penalty of

3   perjury that this suit is being made in good faith and that he believes he has meritorious

4   claims against the Defendants, Judge Tigar and Judge White. Mr. Hasan is not filing this

5   suit as a bad faith litigation tactic.

6

7   **Basis for Consideration**

8   Mr. Hasan has the right to file suits against Judge White and Judge Tigar pursuant to the

9   First Amendment right of access to the courts to petition for redress of grievances and the

10  Fifth Amendment Due Process right to be heard. Should the Defendants or the court

11  itself move to dismiss citing judicial immunity, Mr. Hasan has the Due Process right to

12  be heard by filing responsive pleadings before a ruling is made. There is no positive law

13  requiring Mr. Hasan to explain his legal theory for overcoming a "possible" defense of

14  judicial immunity (or any other defense) in his complaint, here.

15

16  **Parties**

17  1.  Plaintiff Mohammad Haider Agha Hasan is a resident of the city of Berkeley, in

18      the county of Alameda, of the state of California. He is plaintiff in the following

19      suits before this court:

20          a.  Hasan v. California

21          b.  In re Hasan

22          c.  Hasan v. White, a suit for injunctive relief

1          d.  Hasan v. White, a suit for monetary damages

2    2.  Defendant Judge Jeffrey Steven White is an Article III judicial officer of the US

3       Court for the District of Northern California. He was nominated by President

4       George W. Bush on July 25, 2002, confirmed by the Senate on November 14,

5       2002, and received commission on November 15, 2002.

6    3.  Defendant Judge Jon Steven Tigar is an Article III judicial officer of the US

7       Court for the District of Northern California. He was nominated by President

8       Barack Obama on June 11, 2012, confirmed by the Senate on December 21,

9       2012, and received commission on January 18, 2013.

10

**Statement of Jurisdiction**

11

12    1.  Pursuant to 28 USC Section 1331, the District Court has jurisdiction as this suit

13       brings a "civil [action] arising under the Constitution, laws, or treaties of the

14       United States."

15    2.  This civil action does not contain a prayer for reconsideration of any judicial

16       decisions made by Judge White or Judge Tigar, so it cannot reasonably be

17       considered a "direct appeal" that should be filed in the 9th Circuit Court of

18       Appeals rather than in the District Court pursuant to 28 USC Sections 1291 and

19       1292.

20

**Statement of Venue**

21

22 Pursuant to 28 USC 1391(b)(2), the District of Northern California is a lawful venue as

"a substantial part of the events or omissions giving rise to the claim occurred" here.

1

2    **<u>Assertion of Right to Speedy Disposition on IFP Application</u>**

3    "If a defendant is not served within 90 days after the complaint is filed, the court—on

4    motion or on its own after notice to the plaintiff—must dismiss the action without

5    prejudice against that defendant or order that service be made within a specified time."

6    Federal Rule of Civil Procedure 4(m). In the past, this court's clerk has refused to sign

7    Mr. Hasan's summons until his application for leave to proceed in forma pauperis (IFP)

8    has been granted. Mr. Hasan cannot serve a summons if the clerk is refusing to issue him

9    one. Thus, Mr. Hasan asserts his right to a speedy disposition on his IFP application so

10   that he may comply with the time limit of FRCvP 4(m).

11

12   **<u>Reservation of Right to Amend</u>**

13   Federal Rule of Civil Procedure 4(m) gives a Plaintiff the right to serve a summons and

     complaint on the Defendants up until 90 days after the filing of the complaint with the

14   court. Federal Rule of Civil Procedure 15(a)(1)(A) provides that "[a] party may amend

15   its pleading once as a matter of course within 21 days after <u>serving</u> it." (emphasis added)

16   Mr. Hasan reserves these rights.

17

18   **<u>Statement of the Facts</u>**

19       1.  Judge White injured Mr. Hasan.

20       2.  Mr. Hasan suffered from the injuries inflicted by Judge White.

21       3.  Judge Tigar also injured Mr. Hasan.

22       4.  Again, Mr. Hasan suffered from the injuries inflicted by Judge Tigar.

1

2  **Causes of Action**

3      1.  United States Constitution

4              a.  Facts 1 and 2

5      2.  United States Code

6              a.  Facts 1 and 2

7      3.  Common Law

8              a.  Facts 1 and 2

9

10  **Demand for Jury Trial**

11  Mr. Hasan asserts his Seventh Amendment right to a jury trial.

12

**Prayer for Relief**

13

Mr. Hasan prays to the United States Court for the District of Northern California for

14

relief in the form of:

15

    1.  Monetary damages in the amount of $15 million against Judge White

16

    2.  Monetary damages in the amount of $15 million against Judge Tigar

17

    3.  Orders staying proceedings in Hasan v. California and In re Hasan

18

    4.  Orders staying proceedings in Hasan v. White and Hasan v. White

19

    5.  Some other injunctive relief against Judge White

20

    6.  Some other injunctive relief against Judge Tigar

21

    7.  Any other relief the court finds to be lawful and just

22

1    Dated 6th of August, 2019.

2

3    Respectfully submitted,

4

5

6

7    Mohammad Haider Agha Hasan

8    2322 Haste St Apt 19

9    Berkeley CA 94704

10   Email: haiderhasan1111@gmail.com

11   Phone: 510-529-1984

12

13

14

15

16

17

18