UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD HAIDER AGHA HASAN,<br>Plaintiff,<br>v.<br>JON S. TIGAR, et al.,<br>Defendants. | Case No. 19-cv-04553-HSG<br>**ORDER OF DISMISSAL** |

On September 16, 2019, the Court denied Plaintiff's motion to proceed in forma pauperis and dismissed the complaint with leave to amend. Dkt. No. 10. The Court directed Plaintiff to file an amended complaint no later than September 30, 2019, and warned Plaintiff that failure to file by the deadline may result in the dismissal of the action in its entirety without further leave to amend. *Id*. at 3–4. Plaintiff did not file his amended complaint, and the deadline for Plaintiff to do so has long passed. To date, the Court has not received any further communications from Plaintiff.

Federal Rule of Civil Procedure 41(b) provides that where a "plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). The Court may also sua sponte dismiss a case for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). The Court finds that Plaintiff has demonstrated that he is unable or unwilling to adequately prosecute this case. Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** under Rule 41(b) for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 10/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge